# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Douglas Craig Cleath — Case No. Civil 00-849RHK/JGL

v. — **JUDGMENT IN A CIVIL CASE**

State of Minnesota

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that petitioner's application for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE.**

DATE: May 10, 2000

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk